**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 125232
*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIPP HYMPENDAHL,<br><br>Plaintiff,<br><br>v.<br><br>ALL TOWNS LIVERY, LLC,<br><br>Defendant. | Case No: 3:23-cv-00718-KAD<br><br>NOTICE OF SETTLEMENT |

**PLEASE TAKE NOTICE** that Plaintiff PHILIPP HYMPENDAHL ("Plaintiff"), by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement in principle in this matter and are in the process of documenting and performing their settlement obligations.

In light of the settlement, the parties respectfully request that the Court adjourn all deadlines and conferences, if any. Plaintiff anticipates filing a dismissal with prejudice within forty-five (45) days.

DATED: July 19, 2023

                                        **SANDERS LAW GROUP**

                                        By:  */s/ Craig Sanders*
                                        Craig Sanders, Esq.
                                        333 Earle Ovington Blvd, Suite 402
                                        Uniondale, NY 11553
                                        Tel: (516) 203-7600
                                        Email: csanders@sanderslaw.group
                                        *Attorneys for Plaintiff*